IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Criminal Action No. 20-cr-00198-CMA-02-03-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JARED ORLAND,
3. DUSTIN JAMES ULLERICK,
6. PETER BARON,

    Defendants.

## ORDER

This matter is before the Court on nine separate discovery motions filed by three of the remaining defendants:

(1) Defendant Peter Baron's Motion to Compel Discovery of Law Enforcement Files on the Hells Angels Motorcycle Club (Doc. # 236);

(2) Defendant Dustin Ullerich's Motion for Discovery of Evidence Supporting Paragraphs 7 B, C and D of the Superseding Indictment (Doc. # 237);

(3) Defendant Peter Baron's Motion for Discovery of Evidence Supporting Paragraphs 7 B, C and D of the Superseding Indictment (Doc. # 238);

(4) Defendant Dustin Ullerich's Motion for Law Enforcement Files on the Hells Angels Motorcycle Club (Doc. # 239);

(5) Defendant Jared Orland's Motion for Order Directing Government to Produce Additional Discovery (Doc. # 241);

(6) Defendant Jared Orland's Motion to Compel Discovery – Law Enforcement Files on the Hells Angels Motorcycle Club (Doc. # 242);

(7) Defendant Jared Orland's Motion for Discovery of Evidence Supporting Paragraphs 7 B, C and D of the Superseding Indictment (Doc. # 243);

(8) Defendant Peter Baron's Motion for Order Directing Government to Produce Additional Discovery (Doc. # 245); and

(9) Defendant Dustin Ullerich's Motion for Order Directing Government to Produce Additional Discovery (Doc. # 246).

In addition, Defendant Peter Baron has requested leave to reply to the Government's responses to his motions. (Doc. # 251) and Defendant Jared Orland has requested leave to reply to the Government's responses to his motions. (Doc. 254). All of these motions are denied.

The Government's Response (Doc. # 248) represents that all discoverable documents in the Government's possession have already been disclosed. Additionally, the Government's Response acknowledges the Government's continuing disclosure obligations and represents that it will disclose any additional discoverable material that it obtains or becomes aware of. Defendants provide no reason to disbelieve these representations, and the Court finds none. Therefore, these discovery motions are denied as moot.

Additionally, because Defendants Baron and Orland have not offered any explanation for their requests to reply to the Government's responses, those motions are also denied.

For the foregoing reasons, the following motions are DENIED AS MOOT:

(1)   Defendant Peter Baron's Motion to Compel Discovery of Law Enforcement Files on the Hells Angels Motorcycle Club (Doc. # 236);

(2) Defendant Dustin Ullerich's Motion for Discovery of Evidence Supporting Paragraphs 7 B, C and D of the Superseding Indictment (Doc. # 237);

(3) Defendant Peter Baron's Motion for Discovery of Evidence Supporting Paragraphs 7 B, C and D of the Superseding Indictment (Doc. # 238);

(4) Defendant Dustin Ullerich's Motion for Law Enforcement Files on the Hells Angels Motorcycle Club (Doc. # 239);

(5) Defendant Jared Orland's Motion for Order Directing Government to Produce Additional Discovery (Doc. # 241);

(6) Defendant Jared Orland's Motion to Compel Discovery – Law Enforcement Files on the Hells Angels Motorcycle Club (Doc. # 242);

(7) Defendant Jared Orland's Motion for Discovery of Evidence Supporting Paragraphs 7 B, C and D of the Superseding Indictment (Doc. # 243);

(8) Defendant Peter Baron's Motion for Order Directing Government to Produce Additional Discovery (Doc. # 245); and

(9) Defendant Dustin Ullerich's Motion for Order Directing Government to Produce Additional Discovery (Doc. # 246).

It is FURTHER ORDERED that Defendant Peter Baron's Motion for Leave to File a Reply to Government's Responses to Defendant's Motions for Additional Discovery (Doc. # 251) is DENIED. It is

FURTHER ORDERED that Defendant Jared Orland's Motion for Leave to File a Reply to the Government's Responses (Doc. # 248) is DENIED.

DATED: August 16, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge